IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-21977-CIV-JORDAN/MCALILEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **KEVAN D. ACORD,** **PHILIP C. GROWNEY,** **ALBERTO J. PEREZ,** **JOSE G. PEREZ,** **SEBASTIAN DE LA MAZA, AND** **THOMAS L. BORELL** | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SIMILAR ACTION

Pursuant to Local Rule 3.8, Defendants Kevan D. Acord ("Acord") and Philip C. Growney ("Growney") hereby give notice that the following actions pending before the court are similar, as defined by United States District Court for the Southern District of Florida Internal Operating Procedures, Section 2.15.00(C).

*Securities and Exchange Commission v. Kevan D. Acord, Philip D. Growney, Alberto J. Perez, Jose G. Perez, Sebastian De La Maza, and Thomas L. Borell*, Case No. 09-21977, filed on July 15, 2009, now pending before the Honorable Adalberto Jordan.

*Peter H. Kamin, individually, et al. v. Kevan D. Acord, Philip D. Growney, Alberto J. Perez, Jose G. Perez, Sebastian De La Maza, and Thomas L. Borell*, Case No. 09-22829, filed on September 22, 2009, now pending before the Honorable Joan A. Lenard.

Local Rule 3.8 mandates that counsel give notice of other "actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures." Section 2.15.00 of the Court's Internal Operating Procedures states that a similar action is one which "involves subject matter which is a material part of the subject matter of another

action or proceeding then pending before this Court," or one which would "entail the unnecessary duplication of judicial labor if heard by a different Judge."  *See,* United States District Court for the Southern District of Florida Internal Operating Procedures, Section 2.15.00(C).

The cases enumerated above are clearly encompassed by Local Rule 3.8 and Internal Operating Procedure 2.15.00(C).  The *Kamin* Complaint, filed on September 22, 2009, is a virtual carbon copy of the *Securities and Exchange Commission* Amended Complaint filed over two months earlier.  *See, Securities and Exchange Commission* Complaint, attached as Exhibit A, *Kamin* Complaint, attached as Exhibit B.  The two cases contain the same allegations of violations of Section 10(b) of the Securities Exchange Act and violations of Rule 10b-5.  Both Complaints also contain identical factual allegations against all Defendants.

Respectfully submitted this 4th day of November, 2009.

|  |  |
|---|---|
|  | Respectfully submitted, |
| WHITE GOSS BOWERS MARCH SCHULTE & WEISENFELS, a Professional Corporation<br>*Of Counsel* | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>200 S. Biscayne Boulevard<br>Suite 4100<br>Miami, FL  33131<br>Telephone:   (305) 577-7000<br>Facsimile:     (305) 577-7001 |
| Thomas M. Bradshaw<br>Kirra N. Jones<br>4510 Belleview Ave., Suite 300<br>Kansas City, MO 64111<br>Telephone:    (816) 753-9200<br>Facsimile:      (816) 753-9201<br>E-mail:tbradshaw@whitegoss.com<br>E-mail: kjones@whitegoss.com | By:*/s/ Jason Daniel Joffe*<br>   Rebekah J. Poston<br>   Florida Bar No. 183355<br>   Jason Daniel Joffe<br>   Florida Bar No. 0013564<br>   Cristina B. Rodriguez<br>   Florida Bar No. 0639982 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/  Jason Daniel Joffe*

MIAMI/4247465.1